January 18, 1939

Hon. C. Woodrow Laughlin
County Attorney
Alice, Texas

Dear Mr. Laughlin:

Opinion No. O-109
Re: Fees of Justices of Peace

Your request for an opinion on the question:

"Is a Justice of the Peace entitled to 50¢
for each citation and does the original count
as a citation and does the copy count as one?"

has been received by this office.

Article 3935, Revised Civil Statutes, provides in
detail the fees to which a Justice is entitled in civil cases.

"The fee of 50¢ is allowed for each citation and
covers the cost of making a copy for service on the defen-
dant." Porter vs. Russet, 29 SW 72 and Hallman vs. Campbell,
57 Tex. 54.

In view of the foregoing authorities, you are re-
spectfully advised that it is the opinion of the writer that
the Justice of the Peace is entitled to 50¢ for each citation.
However, this amount covers the cost of making copy of said
citation for service on the defendant and that the Justice
of the Peace is not allowed to charge for the original and copy
each but is allowed only 50¢ for both the copy and original.

Trusting that the foregoing answers your inquiry,
I remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Ardell Willi
Assistant

AW:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS